IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HUGHES, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 05-463 |
| ) | Judge Arthur J. Schwab/ |
| M. EITNER, C/O I; C. BOWLIN, C/O I; ) | Magistrate Judge Amy Reynolds Hay |
| SGT. BARKEFELT, C/O II; DAVID ) | |
| GRAINEY, C/O IV; LOUIS FOLINO, ) | |
| Superintendent; JEFFERY BEARD, Sect. ) | |
| Of Corr., ) | |
| Defendants ) | Re: Doc. #s 5 & 11 |

AND NOW, this 16th day of February, 2006, after the plaintiff, Robert Hughes, filed an action in the above-captioned case, and after a Motion for Entry of Default was submitted by plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's Motions for Temporary Restraining Order are denied.

ARTHUR J. SCHWAB
United States District Judge

cc:   Honorable Amy Reynolds Hay
      United States Magistrate Judge

Robert Hughes
AR-4652
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Scott A. Bradley
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219