IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HUGHES, ) | |
|       Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 05-463 |
| ) | Judge Arthur J. Schwab/ |
| M. EITNER, C/O I; C. BOWLIN, C/O I; ) | Magistrate Judge Amy Reynolds Hay |
| SGT. BARKEFELT, C/O II; DAVID ) | |
| GRAINEY, C/O IV; LOUIS FOLINO, ) | |
| Superintendent; JEFFERY BEARD, Sect. ) | |
| Of Corr., ) | |
|       Defendants ) | |

**ORDER**

AND NOW, this 31st day of May, 2006, after the plaintiff, Robert Hughes, filed an action in the above-captioned case, and after Supplemental Motions for Injunctive Order were submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the plaintiff's Supplemental Motions for Injunctive Order are DISMISSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

                                            s/Arthur J. Schwab
                                            ARTHUR J. SCHWAB
                                            United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

Robert Hughes
AR-4652
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Scott A. Bradley
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219