IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT HUGHES, | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Civil Action No. 05-463 |
| | ) | Judge Arthur J. Schwab/ |
| M. EITNER, C/O I; C. BOWLIN, C/O I; | ) | Magistrate Judge Amy Reynolds Hay |
| SGT. BARKEFELT, C/O II; DAVID | ) | |
| GRAINEY, C/O IV; LOUIS FOLINO, | ) | |
| Superintendent; JEFFERY BEARD, Sect. | ) | |
| Of Corr., | ) | |
| Defendants | ) | Re: docs. 43, 47 & 50 |

## ORDER

AND NOW, this 3rd day of October, 2006, after the plaintiff, Robert Hughes, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and plaintiff having filed objections, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Motions for Injunctive order are dismissed.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

s/Arthur J. Schwab
ARTHUR J. SCHWAB
United States District Judge

cc:      Honorable Amy Reynolds Hay
          United States Magistrate Judge

          Robert Hughes
          AR-4652
          SCI Somerset
          1600 Walters Mill Road
          Somerset, PA 15510

          Scott A. Bradley
          Deputy Attorney General
          Office of the Attorney General
          6th Floor, Manor Complex
          564 Forbes Avenue
          Pittsburgh, PA 15219